IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:09-CT-3142-BO

ORAL MALCOLM and LASCELLES SOMIE, )
    Plaintiffs, )
)
v. ) ORDER
)
THE GEO GROUP, INC., et al., )
    Defendants. )

Plaintiffs are presently inmates in custody at Rivers Correctional Institution. The court shall undertake to review the matter pursuant to 28 U.S.C. § 1915(e)(2). A claim having no arguable basis in law or in fact may be dismissed as frivolous. Neitzke v. Williams, 490 U.S. 319 (1989). The claims survive the frivolity review and are allowed to proceed. Accordingly, the Clerk is DIRECTED to maintain management of the complaint.

SO ORDERED, this the 10 day of November 2009.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE