IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Civil Action No. 5:09-CT-3142-FL

| | |
|---|---|
| LASCELLES SOMIE and ORAL MALCOLM, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | **GEO DEFENDANTS' MOTION TO DISMISS**<br>Fed. R. Civ. P. 12 |
| THE GEO GROUP, INC., et al., | )<br>) |
| Defendants. | ) |

Defendants The GEO Group, Inc., George Snyder, David Farmer, David Blevins, and Carolyn Wolfe move the Court for an order dismissing Plaintiffs' Complaint pursuant to Rules 12(b)(2), 12(b)(5), and 12(b)(6) of the Federal Rules of Civil Procedure. The grounds in support of this Motion are set forth in the accompanying brief.

This the 11th day of January, 2010.

>  **WOMBLE CARLYLE SANDRIDGE & RICE**
>  *A Professional Limited Liability Company*
>
>  By: /s/ Robert T. Numbers II_____
>  JAMES R. MORGAN, JR.
>  (N.C. State Bar No. 12496)
>  ROBERT T. NUMBERS, II
>  (N.C. State Bar No. 34134)
>  One West Fourth Street
>  Winston-Salem, North Carolina 27101
>  Phone: (336) 721-3600
>  Fax: (336) 721-3660
>  E-mail: jmorgan@wcsr.com
>  E-mail: rnumbers@wcsr.com
>  *Attorneys for Defendants*

# CERTIFICATE OF SERVICE

This is to certify that on January 11, 2010, a copy of the foregoing **GEO DEFENDANTS' MOTION TO DISMISS** was filed with the Clerk of the Court using the CM/ECF system.

It is further certified that on January 11, 2010, a copy of the foregoing **GEO DEFENDANTS' MOTION TO DISMISS** was served upon the following non-CM/ECF participant(s) by placing said copy in a postage paid envelope and addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and its contents in the United States Mail at Winston-Salem, North Carolina.

Lascelles Somie
39637-083
Rivers Correctional Institution
P. O. Box 630
Winton, NC  27986
*Pro Se Plaintiff*

Oral Malcolm
39711-083
Rivers Correctional Institution
P. O. Box 630
Winton, NC  27986
*Pro Se Plaintiff*

**WOMBLE CARLYLE SANDRIDGE & RICE**
*A Professional Limited Liability Company*

By:   /s/ Robert T. Numbers, II
ROBERT T. NUMBERS, II
(N.C. State Bar No. 34134)
WOMBLE CARLYLE SANDRIDGE & RICE
*A Professional Limited Liability Company*
One West Fourth Street
Winston-Salem, NC  27101
Phone: (336) 721-3600
Fax: (336) 721-3660
E-mail: rnumbers@wcsr.com
*Attorneys for Defendants*