IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Civil Action No. 5:09-CT-3142-FL

| | | |
|---|---|---|
| LASCELLES SOMIE and ORAL MALCOLM, | ) ) ) | |
| Plaintiffs, | ) ) | **DEFENDANTS' MOTION TO STRIKE** |
| v. | ) ) | **PLAINTIFFS' SUR-REPLY** |
| THE GEO GROUP, INC., et al., | ) ) ) | |
| Defendants. | ) | |

Defendants, by and through counsel, move the Court to Strike Plaintiffs' Sur-Reply. In support of this Motion, Defendants state as follows:

On March 18, 2010, Plaintiffs filed a document entitled "Plaintiffs' Second Supplemental Response Memorandum to Defendants' Second Memorandum in Support of GEO Defendants' Motion to Dismiss." The Local Rules of the United States District Court for the Eastern District of North Carolina do not provide for the filing of sur-reply briefs. *See* Local Civil Rule 7.1, EDNC. Plaintiffs' filing is improper and should be stricken.

This the 23rd day of March, 2010.

                                                **WOMBLE CARLYLE SANDRIDGE & RICE**
                                                *A Professional Limited Liability Company*

By:   /s/ Robert T. Numbers II_____
        JAMES R. MORGAN, JR.
        (N.C. State Bar No. 12496)
        ROBERT T. NUMBERS, II
        (N.C. State Bar No. 34134)
        One West Fourth Street
        Winston-Salem, North Carolina 27101
        Phone: (336) 721-3600
        Fax: (336) 721-3660
        E-mail: jmorgan@wcsr.com
        E-mail: rnumbers@wcsr.com
        *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

This is to certify that on March 23, 2010, a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system.

It is further certified that on March 23, 2010, a copy of the foregoing was served upon the following non-CM/ECF participant(s) by placing said copy in a postage paid envelope and addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and its contents in the United States Mail at Winston-Salem, North Carolina.

Lascelles Somie
39637-083
Rivers Correctional Institution
P. O. Box 630
Winton, NC  27986
*Pro Se Plaintiff*

Oral Malcolm
39711-083
Rivers Correctional Institution
P. O. Box 630
Winton, NC  27986
*Pro Se Plaintiff*

        **WOMBLE CARLYLE SANDRIDGE & RICE**
        *A Professional Limited Liability Company*

By:    /s/ Robert T. Numbers, II
        ROBERT T. NUMBERS, II
        (N.C. State Bar No. 34134)
        WOMBLE CARLYLE SANDRIDGE & RICE
        *A Professional Limited Liability Company*
        One West Fourth Street
        Winston-Salem, NC   27101
        Phone: (336) 721-3600
        Fax: (336) 721-3660
        E-mail: rnumbers@wcsr.com
        *Attorneys for Defendants*