IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

CASE NO. 5:09-CT-3142-FL

| | |
|---|---|
| LASCELLES SOMIE and ORAL MALCOLM, <br><br> Plaintiffs, <br><br> vs. <br><br> THE GEO GROUP, INC., et al., <br><br> Defendants. | ORDER |

FOR GOOD CAUSE SHOWN, the Motion of Plaintiffs LASCELLES SOMIE and ORAL MALCOLM for an extension of time in which to file a response to Defendant The United States of America's February 4, 2011 Motion to Dismiss, is hereby GRANTED.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

The time in which Plaintiffs may file their Response to Defendant The United States of America's February 4, 2011 Motion to Dismiss is extended up to and through March 15, 2011.

This the 23 day of February 2011.

_____
JUDGE: