IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CT-3142-FL

| | |
|---|---|
| LASCELLES SOMIE and ORAL MALCOLM, ) ) ) Plaintiff, ) ) v. ) ) ) THE GEO GROUP, INC. and ) THE UNITED STATES OF AMERICA ) through its department, the FEDERAL ) BUREAU OF PRISONS, ) ) Defendants. ) | ORDER |

This matter comes before the court on defendants motions for an extension of time to file replies to assorted motions (DE ## 65, 66). For good cause shown, these motions are GRANTED and the filings at docket entry 67 and docket entry 68 are deemed timely filed. The court will take up defendants' dispositive motions in due course.

SO ORDERED, this the 7́ day of June, 2011.

LOUISE W. FLANAGAN
Chief United States District Judge