IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:09-CT-3142-FL

| | |
|---|---|
| LASCELLES SOMIE and ORAL MALCOLM, <br><br> Plaintiffs, <br><br> v. <br><br> THE GEO GROUP, INC., et al., <br><br> Defendants. | **ORDER** |

This matter comes before the Court on Defendant The GEO Group, Inc.'s ("GEO") Unopposed Motion to Dismiss The GEO Group, Inc. GEO seeks dismissal of the Second Amended Complaint for the reasons stated in the Court's October 13, 2011 Order which dismissed the claims against GEO in the First Amended Complaint. Plaintiffs do not oppose the motion so long as their right to seek an appeal of the Court's October 13, 2011 Order upon entry of a final judgment adjudicating all the claims involved in this case is preserved.

Given the foregoing, GEO's Unopposed Motion to Dismiss is GRANTED.

SO ORDERED, this the 9th day of December, 2011.

_____
LOUISE W. FLANAGAN
United States District Judge