IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:09-CT-3142-FL

| LASCELLES SOMIE and ORAL MALCOLM, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) ORDER TO STAY DISCOVERY |
| THE GEO GROUP, INC., et al., | ) |
| Defendants. | ) |

UPON CONSIDERATION OF the United States' Motion to Stay Discovery and upon good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the foregoing Motion is GRANTED;

IT IS FURTHER ORDERED that United States discovery is stayed until after the Court rules on the pending dispositive motion.

SO ORDERED. This the 27th day of December, 2011.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE