IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:09-CT-3142-FL

LASCELLES SOMIE and )
ORAL MALCOLM, )
 )
        Plaintiff, )
 ) ORDER TO STAY DISCOVERY
  v. )
 )
THE GEO GROUP, INC., )
et al., )
 )
        Defendants. )

UPON CONSIDERATION OF the United States' Motion to Stay Discovery and upon good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the foregoing Motion is GRANTED;

IT IS FURTHER ORDERED that United States discovery is stayed until after the Court rules on the pending dispositive motion.

SO ORDERED. This the 27th day of December, 2011.

                    /s/ Louise W. Flanagan
                    LOUISE W. FLANAGAN
                    UNITED STATES DISTRICT JUDGE